# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| LAVINIA PRINCE, individually and on behalf of all others similarly situated, | : <br> : <br> : Case No. 1:22-cv-01753 |
| *Plaintiff*, | : <br> : Magistrate Judge Tim A. Baker |
| BRICKYARD HEALTHCARE, INC., et al. | : <br> : |
| *Defendants*. | : |

## JOINT NOTICE OF SETTLEMENT

NOW COME the Parties jointly and notify the Court that a settlement of this collective action has been reached in principle with the assistance of a private mediator. The Parties are finalizing settlement terms and anticipate they will be seeking court approval of the settlement in the coming weeks.

Dated: September 12, 2023            Respectfully submitted,

*/s/ Mark D. Patronella*
Mark D. Patronella (*pro hac vice*)
Jason S. Rathod (*pro hac vice*)
MIGLIACCIO & RATHOD LLP
412 H St., NE
Washington, D.C. 20002
Telephone: (202) 470-3520
Facsimile: (202) 800-2730
jrathod@classlawdc.com
mpatronella@classlawdc.com

*Attorneys for the Plaintiff*

*/s/ Jeremy D. Smith*
Jeremy D. Smith (OH 0088539)
Faith C. Whittaker (OH 0082486)
DINSMORE & SHOHL LLP
255 East Fifth Street, Suite 1900
Cincinnati, OH 45202
(513) 977-8200 PH
(513) 977-8141 FAX
jeremy.smith@dinsmore.com
faith.whittaker@dinsmore.com

*Attorneys for the Defendants*

## CERTIFICATE OF SERVICE

I certify that on September 12, 2023, I electronically filed the foregoing Joint Notice. All parties and counsel will receive service of this filing through the Court's CM/ECF electronic filing system and may access the filing through the Court's system.

*/s/ Mark D. Patronella*
Mark D. Patronella (*pro hac vice*)
