**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| LAVINIA PRINCE, *individually and on behalf of all others similarly situated* | Case No.: 1:22-cv-01753 |
| Plaintiff, | Honorable Matthew P. Brookman |
| v. | |
| BRICKYARD HEALTHCARE, INC. ET AL Defendants. | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the accompanying memorandum of law with exhibits attached thereto, the undersigned moves this Court for an Order approving the settlement memorialized in the Settlement Agreement with Defendants Brickyard Healthcare, Inc.; Brickyard LP; and Merrillville Operating, LLC ("Defendants") and dismissing this action. For all the reasons set forth above, Plaintiff respectfully request that the Court grant this Motion by entering the proposed approval order.

Respectfully Submitted,

Dated: January 16, 2024

*/s/ Jason S. Rathod*
Jason S. Rathod (admitted *pro hac vice*)
Nicholas A. Migliaccio (admitted *pro hac vice*)
Mark Patronella (admitted *pro hac vice*)
MIGLIACCIO & RATHOD LLP
412 H Street N.E., 3rd Floor
Washington, D.C. 20002
(202) 470-3520
jrathod@classlawdc.com
nmigliaccio@classlawdc.com
mpatronella@classlawdc.com

Scott D. Gilchrist (#16720-53)
COHEN & MALAD, LLP

One Indiana Square, Suite 1400
Indianapolis, IN 46204
Tel: (317) 636-6481
Fax: (317) 636-2593
sgilchrist@cohenandmalad.com

*Attorneys for the Plaintiff and Proposed
Settlement Collective Members*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on January 16, 2024, I filed the preceding pleading with the Clerk of the Court using the ECF system, which will send such filing to all attorneys of record.

*/s/ Jason Rathod*